## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

        Plaintiff,

v.                                                                Case No.: 1:18-cv-00563-JEB

U.S. DEPARTMENT OF STATE, and
MICHAEL R. POMPEO, Secretary of State,

        Defendants.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' PARTIAL MOTION TO DISMISS**

Plaintiff Center for Biological Diversity ("Center") respectfully requests a one-week extension until **October 5, 2018** to respond to Defendants' partial motion to dismiss.  The reasons for Plaintiff's request are as follows:

1.      On April 11, 2018, the Center filed an Amended Complaint adding claims concerning Defendants' failure to complete the seventh U.S. Climate Action Report within the mandatory deadline established by the United Nations Framework Convention on Climate Change, referred to as the "UNFCCC" (hereafter "Delay Claims").  *See* Amended Complaint (Dckt. No. 8).

2.      On May 4, 2018, the Court granted Defendants' first motion to extend the deadline to respond to the Complaint,  ECF No. 10, and on June 1, 2018, the Court granted Defendants' second extension motion, putting  the Center's Delay Claims on a separate track from the pending claims under the Freedom of Information Act, 5 U.S.C. 552, *as amended*.

3.      On June 22, 2018, the Court granted Defendants' third motion to extend the deadline to respond, ECF No. 17, ¶¶ 2-3, and on August 29, 2018 – more than four months after the Amended Complaint was filed – Defendants filed a motion to dismiss the Delay Claims. ECF No. 20.  The motion admits that the United States is under a "binding international obligation" to submit the seventh U.S. Climate Action Report "by January 1, 2018," *id.* at 2 and 4, but challenges the Center's Article III standing and the viability of the Delay Claims. *Id.*

4.      On September 5, 2018, the Court granted Plaintiff's first motion to extend the deadline to respond to the motion to dismiss.  ECF No. 21, ¶6.

5.      Plaintiff's lead counsel recently returned from extended leave for her wedding and honeymoon, and responding to the motion along with other obligations is taking longer than anticipated.  The Center therefore seeks a one-week extension of time to respond to the motion, until **October 5, 2018**.  The brief extension will not prejudice the parties, and the Center does not anticipate seeking any further extensions for this motion.

6.      This is the Center's second request for an extension of time.

7.       Plaintiff's counsel has conferred with Defendants' counsel, who have represented that Defendants do not oppose this motion.

Now therefore, for the foregoing reasons, the Center respectfully requests that the Court grant this motion for extension, and reset the due date for Plaintiff's response to Defendants' motion to dismiss to October 5, 2018.

A proposed Order is attached.

September 25, 2018                            Respectfully submitted,

                                              */s/ Anchun Jean Su*
                                              Anchun Jean Su
                                              (D.C. Bar No. CA285167)
                                              CENTER FOR BIOLOGICAL DIVERSITY

1411 K Street N.W., Suite 1300
Washington, D.C. 20005
Telephone:      202-849-8399
Email:          jsu@biologicaldiversity.org

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>           Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF STATE, and<br>MICHAEL R. POMPEO, Secretary of State,<br><br>           Defendants. | Case No.: 1:18-cv-00563-JEB |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's *Motion for Extension of Time* and the entire record

herein, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the time for Plaintiff to respond to Defendants' Partial

Motion to Dismiss is hereby extended up to and including October 5, 2018.

It is **SO ORDERED** this __ day of September, 2018.

_____

JAMES E. BOASBERG
UNITED STATES DISTRICT COURT