UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**UNITED STATES DEPARTMENT OF STATE,** *et al.***,**<br><br>    **Defendants.** | Civil Action No.  18-563 (JEB) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' Motion to Dismiss is GRANTED;

2. The First and Second Claims for Relief are DISMISSED WITHOUT PREJUDICE; and

3. If Plaintiff wishes to file an amended complaint, it must do so by December 10, 2018.

IT IS SO ORDERED.

                                                /s/ *James E. Boasberg*
                                                JAMES E. BOASBERG
                                                United States District Judge

Date:  November 8, 2018