# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES ) DEPARTMENT OF STATE, *et al.*, ) ) Defendants. ) _____ ) | Civil Action No. 1:18-cv-00563 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's February 1, 2019, Minute Order, Defendants U.S. Department of State ("the Department"), *et al.* and Plaintiff Center for Biological Diversity (collectively, "the Parties") provide the following Joint Status Report to the Court:

1. Plaintiff filed its Complaint in this action (ECF No. 1) on March 13, 2018, pursuant to, *inter alia*, the Freedom of Information Act ("FOIA"). Defendants answered Plaintiff's FOIA claims on July 2, 2018 (ECF No. 18).

2. In an initial Joint Status Report filed on July 16, 2018 (ECF No. 19), the Parties agreed that as searches for potentially responsive records proceeded, the Department would make an initial production of documents to Plaintiff by September 10, 2018, with rolling productions to occur every four weeks thereafter until production is complete.

3. Since the last Status Report, the Department made productions of responsive, non-exempt records to Plaintiff, on February 4 and March 4, 2019, and it anticipates making another production today, April 1, 2019.

The Parties propose to file another Joint Status Report as to the FOIA claims no later than June 3, 2019, setting forth recommendations for further proceedings.

Dated: April 1, 2019                                  Respectfully submitted,

| | |
|---|---|
| JESSIE K. LIU<br>D.C. Bar No. 472845<br>United States Attorney | By: /s/ Howard Crystal<br>Howard M. Crystal<br>(D.C. Bar No. 446189)<br>Anchun Jean Su |
| DANIEL F. VAN HORN<br>D.C. Bar No. 924092<br>Chief, Civil Division | (D.C. Bar No. CA285167)<br><br>CENTER FOR BIOLOGICAL DIVERSITY<br>1411 K Street, N.W., Suite 1300 |
| By: /s/ *Scott Leeson Sroka*<br>SCOTT LEESON SROKA<br>Member of New York Bar<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Telephone: 202-252-7113<br>Scott.Sroka@usdoj.gov | Washington, D.C. 20005<br>Telephone: 202-849-8399<br>Email: jsu@biologicaldiversity.org<br>        hcrystal@biologicaldiversity.org<br><br>*Attorneys for Plaintiff* |
| *Counsel for Defendants* | |